Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
U.S. DISTRICT COURT

2022 JUL A II: 15

CLERK
SAVANNAH GA.

Rodrick L. Richardson # 2019110290
et, al
(see attached - 5 pages)(signatures
5- pages)

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Sheriff John T. Wilcher
Chatham County Superior Courts
GEORGIA PUBLIC DEFENDER COUNCIL,
EASTERN JUDICIAL CIRCUIT et, al
(see attached - 1 page)

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CV422   181**

*(to be filled in by the Clerk's Office)*

Petitioner is novice and request counsel.
Jury Trial demanded.
*Special Note: The Chatham County Jail
will not make copies for litigants who
are represented by public Defenders,
even though this is a pro-se action.
(It makes no sense) Petitioner was
unable to provide copies of
complaint to serve defendants.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                        Rodrick L. Richardson

All other names by which
you have been known:

ID Number                   2019110290

Current Institution         Chatham County Detention Center

Address                     1074 Carl Griffin Drive

Savannah          GA          31405
City              State       Zip Code

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                        Sheriff John T. Wilcher

Job or Title *(if known)*   Sheriff of Chatham County

Shield Number

Employer

Address                     1050 Carl Griffin Drive

Savannah          GA          31405
City              State       Zip Code

[✓] Individual capacity      [✓] Official capacity

Defendant No. 2

Name                        Chatham County Superior Court

Job or Title *(if known)*   Judicial System

Shield Number

Employer                    State of GEORGIA

Address                     133 Montgomery Street

Savannan          GA          31401
City              State       Zip Code

[ ] Individual capacity      [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name — GEORGIA PUBLIC DEFENDER COUNSIL
- Job or Title *(if known)* — EASTERN JUDICIAL CIRCUIT et,al.
- Shield Number — (Katherine M. KELLY)
- Employer — STATE OF GEORGIA
- Address — P.O. BOX 9176

Savannah, GA 3140.
City   State   Zip Code

[✓] Individual capacity   [✓] Official capacity

Defendant No. 4
- Name — CHATHAM COUNTY JAIL ADMIN.
- Job or Title *(if known)* — POLICY MAKERS WITHIN THE CHATHAM
- Shield Number — COUNTY DETENTION CENTER
- Employer — CHATHAM COUNTY SHERIFF'S DEPT.
- Address — 1050 Carl Griffin Drive

Savannah, GA 31405
City   State   Zip Code

[✓] Individual capacity   [✓] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The 14th Amend. The State Court is not protecting pre-trial detainees. My rights
8th Amend. under the Federal constitution have not been protected but do not
EQUAL PROTECTION exist in this JUDICIAL SYSTEM. THE PROSECUTORS HAVE OVER CHARGED
Presumptive me and us all. The Public Defenders assigned to me have not done
innocence as I requested and have not represented me according to the
due process 6th Amend. They don't file speedy Trials. The Jail has violated the 8th Amend.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

14th Am
1st Am
4th Am
5th Am

— NA —

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The courts have not been open in 2020. The Chatham County Court has not protected my constitutional rights. The court knows they can't adequately provide speedy trial request. The Prosecution has systematically overcharged the petitioner. The court has held us all here in unlawful and lengthy custody with no bonds. The Public Defenders will NOT File for speedy Trials or any substantial motions that petitioner requested. The jail is making copies of legal mail and not answering certain grievances. The jail has locked us down for years on avg. 22hrs a day.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [✓] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [✓] Other *(explain)* _class action_

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. STATE COURT NOT PROTECTING OUR RIGHTS PUBLIC DEFENDERS NOT REPRESENTING US PROPERLY AND THEY ARE OVER CAPACITY. PROSECUTION OVER CHARGING US AND TAKING ADVANTAGE OF OUR EXASPERATION IN PLEA DEALS

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. JAIL HAS HAD US LOCKED DOWN ON AVC. 23 hours a day from 2020 - 2019. Jail making copies of (22 hours a day at presENT) our legal mail.

NOTE: IN 2020 THEY WERE TAKING OUR LEGAL ENVELOPES. IN 2021 THEY STARTED MAKING COPIES WITHOUT TESTING MAIL FOR CONTRABAND.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

From a period of approx 3 years to the present. (2019-present)

_____

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* The Public Defenders will not file for Speedy Trials. Katherine M. Kelly represented me for over a year then got off my case with no explanation having done nothing substantial. Public Defender James Byrne simply would not argue or secure favorable evidence but instead negotiated a plea petitioner was forced to take because of the horrible and lengthy pre-trial detention in the Chatham County Jail. The jail copy's all legal mail without testing it. We believe that all parties are working together. There is no ACCOUNT-IBILITY. whether knowing or not, they all are depriving petitioner of his constitutional rights

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The mental state of petitioner

*The Dental only pulls teeth. has been under tremendous stress because of the lengthy and punitive lockdown ~~schedule~~ schedule at the county jail. For almost 3 years petitioner has been locked down in a cell for at one point (2020-2019) 23 hours a day then now an avg of 22hrs a day. recently the jail removed the clocks. Some of us are Muslim and we don't know what time to pray. The jail staff also watches more tv than we do. Medical care is substandard for such a lengthy stay. Petitioner has been wrecklessly exposed to covid 19 for the duration of his stay when infected detainees and staff were inserted in to living areas that were not quarantined. Also the jail inserted healthy individuals in to

## VI.  Relief

Declaratory Relief State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. quarantined If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for dorms. the acts alleged. Explain the basis for these claims. An immediate injunction and a review of statistics of this court and jail not protecting our rights before, during and after COVID. Automatic appeals for ALL detainees incarcerated in 2020 when the pandemic hit and THE COURTS WERE CLOSED. We deserve to be free. Overturn ALL cases of defendants who were locked up in 2020 when the courts were closed. WE WERE NOT PROTECTED. The Public Defender Office needs to be overhauled and disciplined for not filing for speedy Trials. they are protecting the court instead of pre-trial detainees. Malpractice and misrepresentation needs to be investigated and we need declaratory relief. the court systematically denied our bonds and violated our right to have equal protection of the law, due process and presumptive innocence. the Chatham County Court needs to be declared an EMERGENCY. they are in denial of its congested state as well. THIS IS NOT JUSTICE. the Jail needs an immediate investigation and policy change the grievances filed from 2020 to present speak for themselves. Order the Jail to produce them immediately. $300,000.00 EACH

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

CHATHAM COUNTY DETENTION CENTER
1050 Carl Griffin Drive
Savannah GA 31405

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

The jail making copies of our legal mail.
We have   The jail not answering certain grievances.
begged the   The jail not allowing us access to copy of
jail for   our grievance to produce as evidence in
more time   exhausting our remedies. The Public Defenders
out of   would not bring these issues in front of the
our cells.   court. the court did nothing once some
for almost   of us filed pro-se motions ALERTING THEM.
3 years!

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes    —NA—

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

ON THE JAIL KIOSK

2.  What did you claim in your grievance? That we were not given enough time out of our cells. That the jail should not be copying our legal mail or taking the envelopes (ESPECIALLY WITHOUT testing it for contraband). That the prices were to high on commissary items. Not enough tablets. No RADIOS.

Inadequate Dental care, Medical care, oppressive policies. No accountability.

3.  What was the result, if any? No policy changes no results. we are still being treated the same at this very hour.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

SUBSTANTIAL GRIEVANCES GO UNANSWERED. EVEN SOME OF THE EMAILS HAVE BEEN DELETED. THE OFFICERS DON'T KNOW WHAT THE LAWS ARE, ONLY WHAT THE JAIL ENFORCES ARE IMPLEMENTED.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

WE   ALL   FILED   SEVERAL

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Informed Public Defender Katherine M. Kelly. No response on jail's treatment of us. Informed lawyers and Jail Administration and Humans rights groups etc.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. We have done everything humanely possible for a period of about 3 years. the court will not protect our constitutional rights and the Public Defenders are protecting the court. The prosecution has exploited the PANDEMIC ALONG WITH THE JAIL.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)      —NA—

Defendant(s)    

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

☐ Yes

☐ No         — NA —

If no, give the approximate date of disposition.

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

— NA —

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

— NA —

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

— NK —

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)     — NA —
      Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?
      ☐ Yes       —    NA —
      ☐ No
      If no, give the approximate date of disposition

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

      — NA —

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _07/15/22_

Signature of Plaintiff       _____ et, al

Printed Name of Plaintiff   _Roderick L. Richardson_

Prison Identification #      _2019110290_

Prison Address               _1074 Carl Griffin Drive_

_Savannah_              _GA_        _31405_
City                          State        Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____

_____
City                          State        Zip Code

Telephone Number             _____

E-mail Address               _____

OPPRESSIVE JAIL CONDITIONS.

| Print Name + Number | Sign Name |
| --- | --- |
| CHARLES LOW 2021020086 | Charles Low |

*VA
But being
charged for
health care
related issues
glasses!

| Print Name + Number | Sign Name | |
| --- | --- | --- |
| WALTER CHRISTIAN (202004337) | [signature] | Accepted plea deal under duress |
| Renault Moultrie 2021090322 | Ronalt moultree | |
| Victor Holloway 2021020157 | | |
| Danl Milon - 2019040515 | | |
| Joseph Lacount 2020080042 | Joseph Lackutt | |
| Rochelle Richardsen 2019110280 | | |
| Kenneth Moultrie 2020030371 | | |
| Marvin Hayes 2019071341 | Marvin Hayes | |
| Jamaal V. Williams 2019090752 | J. Wms | |
| Tariq Bennett 2021010365 | [signature] | |
| Jediah Morris 2021020119 | [signature] | |
| Jimmie Lee III 2020060099 | Jimmie Lee III | |
| Abdul Corbett Abdul da | | |
| MALIK MOULTRIE 2021040065 | Malik Moultrie | |
| William Locklear 2021040296 | William Locklear | |
| KEITH WILLIAMS 2019070427 | Keith R Williams | |
| Jason Daniel Johnson 2021010098 | [signature] | |
| Akeem Ellington 2020 1243A | [signature] | |
| [signature] | | |
| Shawn Green 2020050072 | [signature] | |

2 of 5

2 of 5

Rodrick Richardson

Rodrick L Richardson        2019110290

William L. Locklear         2021040296        William Locklear

John Doyle                  2020070009        John Doy

Thomas Snellings            2021080132        Thomas Sm

Jason Dorsey                2020030891

TERRENCE TRUITT             2021040042

George E. Gills             2021040168        George Gills Jr II

Ryan Riggs                  2021020198

Jerome Brown                2020058426

Larry Bennett               2020011058        Larry Bennett

Kenneth Moultrie            2020030371        Kenneth Moultrie

Victor Holloway             2021020157        Victor Holloway

MALIK MOULTRIE              2021040015        Malik Moultrie

Harry Pinckney              2020010027        Harry Pinckney

Ron C. Smith                2020080251

Learnell Williams           2021060274        Lurnell

Dwayne Sheppard             2020100418

Jimmie Lee III              2020060099        Jimmie Lee III

$4.85

$3.20/350

3 of 5

2019111010 - Jordan Nelson

They ain't let me get my G.E.D since 2019  ( 4 years)
(2 years juvenile)

Allen Ruby

Serzillus          2019041196                    Taj Gayle
Purdee Raner         2020100USS                   2020011232

Antonio Johnson    X0134199

Murillo Josue Solis   20180402H6

Ramion Millor

Barry Bridwell  Bay Bridel

Earnest Save                                Terry Lynch Jr

Darren Singleton                            Walford Willic

O. Wild (P1712289)                          2020090266

McIntyre, Reuben                            Ernest L Patterson

James Williams                             Ernest L Patterson

SHAWN Bowers                                     P0906036

geremin perry

Michael Shurt  Michael Sheahan    2020120247

Jalil Key

Sarah Green                            Rashaun J. Padgett

Varren Jones   P1204295                Rashaun Padgett

                                            CP1401111

Jeffery Burton Jr  2018030691

Anthony Williams                        Amanda sheel

Tyree Fuewell                                Brown

Harry Pinchney                               P110127

Rayhard lexk

DeNarvid Glover  2018110875          ⌐ OPPRESIVE ⌐
                                       | JAIL  |
James Jackson Jr.                      ⌐ CONDITIONS ⌐

Rudy Padelett (BS03609)

Brown Warren   2020100 3969542

5.55

1. Reid - 2019031272
2. L. Maxwell - 2021070169
3. Reid - 2021020164
Phillip Jackson 2021040019
JeDiah morris - 2021020119
Hiep Ngo - 2021110227
James Jackson - 2018057296
Hans Poese 2021100437
D. Brown - 2021010356
Sarahran Samuels - 2022010028
Bryan Edana - 2021040342
Leroy Griffin - 2019120652 Leroy Griffin
Jacob Ehref - 2022020362 - Jacob Ehref
Bobby Waites 202010498 B Waites
M Marquis Parrish 2021050095 Marquis Parrish
Lyricah Bryant 2012020505143
Ahmad Moore 202002016@
Leavonny Walker 2020040339
PIERRE A. BYRD P. A. By 2018120372
BENJAMEN WARD RUSSELL III 2021110221
Michael Howard 2021120297
William Wilson Jr 2020030975
Xavier Ocott 2021050370
Raseniever Green 2021050443
(Es h Favner
Joseph Anderson 2021040045
Clayton watkins P2206095

Attachment
Rodrick L. Richardson
2019110290

Petitioner's Public Defender, Katherine M. Kelly
has not properly represented me within the
bounds of law. After over a year she resigned
on my case without any results. This one year
was the hardest of my life being that I
was incarcerated in the Chatham County
Jail with no bond and under pandemic conditions
coupled with being locked down for an average of
23 hours a day from 2020 to July 2021, I
did not want to spend any more time in this jail
than I had to because I was locked up before
COVID hit. It is my belief that she is
fatigued from being overburdened with a
tremendous caseload but also indifferent to me
suffering mental anguish and constant physical
peril from being wrecklessly exposed to the
COVID virus by the Chatham County Jail.
This was a nightmare in 2020 when the
court was closed and I had no bond.
Fear and anguish stressed us out daily.
No relief or protection was granted us by
the court or the jail. The jail kept removing
privileges and distractions from us at the absolute
worst time thinkable mainly the radios. I
relayed this information to my Public Defender
but they did not consider this to be enough to
substantially request the court's intervention.
This is express deliberate indifference I believe,

Only the court and the jail was offered relief and emergency provision, while we suffered more constitutional suspension and infringement. The jail started confiscating our legal envelopes in 2020. Officer Pinkney informed us that is was a new policy due to COVID. We received not a single receipt nor were these envelopes placed in our property. Later, they begin making copies of our legal mail. Our grievances would go unanswered. Today this practice is in full force while all our domestic mail is being sent to Atlanta when this is our residence. For years we have ENDURED many constitutional infringements, like mass punishment and restrictions on our freedom of speech. There is no oversight in any of these institutions now. If the federal court does not intervene we will almost certainly create ~~establish~~ a police state very soon. This is precisely why we have filed this civil action because we need immediate interveuction and relief from gross constitutional infringement. We have essentially been incarcerated for years in this facility with NO Constitutional Protections. We already have a suspended 4th Amendment Right here but now we are being told that are constitutional rights have been modified. How is it that we can suffer lengthy suspension of constitutional rights before a trial and a conviction? The environment in the county jail is one of

Attachment 3

oppression. All radios have been removed. We
remain on an extreme lockdown schedule
even when the courts have opened and mask
mandates have relaxed. There are many instances
where we are not given an hour out a day
because of maintinance. The schedule does not
accomodate mere curtailment of freedom at all
but are indeed punishment by their very nature.
The officers lunch breaks are longer than we
have access to the day area in one sitting.
The officers also watch more movies than we
do in ONE single shift than we do all month.
The technology that we are given is insufficient
in today's technology. We have childrens
tablets and not enough for even 1/3 of the
men housed in general population. This
facility is run like a maximum security
prison (in fact, prisons enjoy more freedoms
and distractions). This facility makes its
boast on not accomodating long term stay
but we are all spending years in this
facility as a norm. This used to be the
exception. The prosecution systematically
over charges us to justify the lengthy
and unjust pre-trial incarceration, and
we are almost certain that all the judges
in Chatham County are aware of all that
goes on here and in the courts. This

system is facilitated to only accomodate everyone except for who it is built for while our constitutional rights are being trampled and long forgotten, noting that a lot of these practices have been going on before the pandemic like the prosecution using dead people on grand jury indictments. Public Defenders won't file for our Speedy Trials when we believe that constitutional guarantees should not have to be asked for. Perhaps this is a way to protect the court knowing that the courts in Chatham County cannot provide this constitutional guarantee for us all nor have they been. We believe that the judges in the Chatham County Court System know this but are doing nothing to protect our constitutional rights even at this hour. Since the courts are clogged tremendously, they are not disposing of cases fast enough in Chatham County. Both victims and defendants are being exasperated by the dragging out of these cases. Many of us are taking plea deals just to escape from this oppressive and stressful environment. The jail also has inadequate dental and medical care available to detainees that are spending years in this facility. The average stay is about 2 years noticing that the food and exercise provisions are minimal. Long exposure to this environment naturally destroys our health especially when we had a better quality

of health on the street. We believe that
we should NOT be exposed to substandard
forms of living for very long periods of time
as pre-trial detainees. This includes the
wreckless exposure of COVID-19 we had to
also endure in 2020 to the present where
infected individuals were constantly brought in
to general population wings that were not
infected and the introducing of healthy
pre-trial detainees to units that were officially
quarantined. This happened to petitioner and
many of us several times over the past 2 years.
We need immediate intervention and investigation
NOW. There are many defendants that need
their cases investigated for prosecutorial
misconduct. This has been a scourge before
the pandemic. Our due process rights and
equal protection of the law and our presumptive
innocence are NON-EXISTANT IN THIS Fatally
Flaw justice system in Chatham County. This
is not justice. It is a travesty we
cannot afford to endorse or tolerate lest
is infects our communities with oppression
and constitutional banishment. All parties have
not been capable of policing themselves.
As one professional put it," it is good old boyism
on a toxic level." (This is not an exhaustive
listing.)                    Rodrick L. Richardson
                                    2019110290

Dear Clerk of Court;

    A request for copies of this complaint to serve on all defendants was made but the jail administration won't honor the request simply because a defendant has an attorney or public defender representing him (in a criminal complaint mind you) in spite of the fact that this is a pro-se civil action and complaint. The logic behind this response is typical of many jail polices that make absolutely no sense.

    Since this is a class action we request that an attorney assist us immediately.

Rodnick L. Richardson
2019110290

CCDC
Rodney Lundy #28191A280
1074 Carl Griffin Drive
Savannah GA, 31405



CLERK of Court
United States District Court
P.O. BOX 8286
Savannah, GA 31412

RECEIVED

U.S. Marshals Service
Savannah Georgia

Legal Mail

հիլիՊիւՊիլիսիսինիսիիսիսիսի իսինիսիս

Chatham County Sheriff's Complex
This letter is being ... ... ... ... is
housed in this correctional ... ility. The
administration has not reviewed the contents.

*Legal Mail*