4:22-CV-181

To Whom it May Concern: 8-5-2022

My Name is Dustin T.L. Dorsey and I Am in The Chatham County Jail in Savannah Georgia. Today I was Called out into The Hub for legal mail, The officer shows me The Envelope is Addressed to me, He opens up The Envelope and inside it's a Motion from The Court but says "Plaintiff" is Rodrick L. Richardson VS Sheriff. I Showed The officer That This is NOT me, He Looked And Seen Also and Then Showed The Sgt. He Also Said The Same Thing. I Gave Them Back The Motion, and They Said They would find out what Happened. I figured I would Let you Know what Had Happened So you Can Get The Motion To The Right person. I was Also wondering How it Happened? Do ya'll have Something ya'll Need To Get To me, Because if So, I Haven't Recieved it.

Thank you.

Dustin T.L. Dorsey

U.S. DISTRICT COURT RECEIVED 8/10/22 BRUNSWICK SOUTHERN GA

Dustin T.L. Dorsey
1074 Carl Griffin Dr.
Sav. GA. 31405

JACKSONVILLE FL 320
8 AUG 2022 PM 1 L

FOREVER USA
Barn Swallow

Office of The Clerk
United STATES District Court
Southern District of Georgia P.O. Box 1636
Brunswick, GA. 31521

31521-163636

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016