UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RODRICK L. RICHARDSON,           )
                                  )
        Plaintiff,                )
                                  )
v.                                )    CV422-181
                                  )
SHERIFF JOHN T.                   )
WILCHER, *et al.*,                )
                                  )
        Defendants.               )

## REPORT AND RECOMMENDATION

*Pro se* plaintiff Rodrick L. Richardson filed this case asserting various constitutional violations and attaching signatures from numerous other inmates at the Chatham County Detention Center. *See* doc. 5. The Court recommended dismissal of the claims of the other inmates and the period for parties to file objections to that recommendation has not yet run. *See id.* In addition to that recommendation, the Court also directed Richardson to file an Amended Complaint. *Id.* at 2-3. The Court's Order has been returned as undeliverable. *See* doc. 9.

Given that the Court's Order was returned, it appears that Richardson has failed to keep the Court apprised of his current address,

1

in violation of the Court's Local Rules. *See* S.D. Ga. L. Civ. R. 11.1 ("Each attorney and *pro se* litigant has a continuing obligation to apprise the Court of any address change."). This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Richardson's failure to comply with the Court's Rules provides a sufficient reason to dismiss his Complaint.

Accordingly, Richardson's Complaint should be **DISMISSED**. *See, e.g.,* Fed. R. Civ. P. 41(b). This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any

request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 15th day of August, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA