statement
CV-422-128
Benjamin Russell
2021110221

In September of 2020 I suffered a seizure. In Dorm SC7, the laundry blue suiter trustee dorm where I fell and hit my head and suffered a laceration that probably required a lot of stitches but I was not taken to the hospital until I had yet another siezure where I again hit my head splitting open the laceration again and soiling myself and almost biting my tongue off. Only then did the jail take me to the hospital for a CAT scan and MRI where as I found out that I have epilepsy and now I take 1000 mg of seizure medication a day. I was immediately moved from dorm SC7 to medical where I was placed on a 'boat' bed which is a portable floor bed. The floor was covered in urine (not mine) which staff refused to clean or switch out or give me chemicals etc. to clean but I was forced to sleep in a urine covered room and a urine covered mattress on this 'boat' on the floor for 2 weeks. When the second siezure and fall happened there was a witness to the siezure and fall besides the cameras. The detainees name is Jimmy Anderson, which the jail staff prompty removed once he said that he would witness and testify

-1-

to the fact that they were not going to help me by taking me to the hospital because they claimed I was 'faking' a seizure and fall! Which was not the case because once I made it to transport and to the hospital, I was diagnosed with epilepsy and prescribed seizure medication for THE REST OF MY LIFE. I want to hold the jail accountable for how I was treated during this terrible time because the pandemic was going on too. I want punitive damages and an injunction. I want compensory relief and nominal relief. 1 million dollars is what I think all of my trouble is worth but I will be glad to recover anything from the way I was treated and the injuries I suffered. Thank you and God Speed!! ( Currently we are on a lock down schedule in the jail that makes no sense. There are no radios and we don't have enough time out of our cells.

   I declare under penalty of perjury that the foregoing is true and correct. Executed at CCDC, Savannah GA, 31405 on August 8th 2022.

BENJAMIN RUSSELL
BRR
2021110221
1074 Carl Griffin Drive
Savannah GA 31405

-2-

CCDC
BENJIMAN RUSSELL 202411022?
1074 Carl Griffin Drive
Savannah GA 31405

JACKSONVILLE FL 320
15 AUG 2022 PM 4 L

FOREVER USA
Barn Swallow

(SOUTHERN DIST.)
Clerk's Office U.S Courthouse
125 Bull Street, Room 304
Savannah GA 31401

RECEIVED
U.S. Marshals Service
Savannah, Georgia

31401-376279