IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RODRICK L. RICHARDSON.,

    Plaintiff,

v.

SHERIFF JOHN T. WILCHER, *et al.*,

    Defendants.

CIVIL ACTION NO.: 4:22-cv-181

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's August 15, 2022, Report and Recommendation, (doc. 10), to which plaintiff Richardson has not objected. Several of Richardson's filings were received by the Clerk after the Magistrate Judge recommended Richardson's claims be dismissed for his failure to keep the Court apprised of his address. (See docs. 14 & 15.) Review of those documents shows, however, that they were prepared before the Magistrate Judge's Report and Recommendation. (See doc. 15 at 11-12 (dated August 8, 2022).) They do not, therefore, undermine the Magistrate Judge's conclusion that Richardson has not updated his address. Moreover, correspondence from the Clerk to Richardson since the Report and Recommendation entered has been returned as undeliverable. (See doc. 22, pp. 1, 5; doc. 24, pp. 1-2). Therefore, the Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, Plaintiff Roderick Richardson's claims are **DISMISSED**. Because the Court has previously dismissed all

other claims asserted in the Complaint, (see doc. 20), the case, as a whole, is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 9th day of September, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA